# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABUBAKAR ABDUL-SAMED,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-00098-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

　　　The Clerk of Court is DIRECTED to enter judgment in accordance with the Court's July 25, 2025[1] order and to close the case.

IT IS SO ORDERED.

Dated: **October 15, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The order was signed on July 24, 2025, but not docketed until July 25, 2025.